UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Debtor(s): BLAS & MORAIBA RODRIGUEZ,          Case No: 6:16-bk-07174-KSJ

## SECOND AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

\_\_\_\_ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

\_X\_\_ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1. **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 6% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 36 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

    (A)   $3440.00 for months 1-10
    (B)   $3330.00 for months 11-12
    (C)   $3524.00 for months 13-60

    To pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $ **3,500.00**  Total Paid Prepetition **$2,000.00**   Balance Due **$1,500.00**

Estimated Additional Fees Subject to Court Approval   **$00** for Modification of Mortgage

Attorney's Fees Payable through Plan $1,500.00 payable at $125.00 per month for months 1-12 (subject to adjustment)

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

of Acct No.
_____None_____

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| 6402 | WELLS FARGO | 4881 Abaco Drive. | $1138.00 | $18.97 | 0 |
| 4228 | WELLS FARGO | 4881 Abaco Drive. | $529.00 | $0 | |
| 0512 | Wells Fargo Heloc | 4881 Abaco Drive, Tavares, FL | 301.00 | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| | | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|---|
| | | | | | | |

__NONE_____

(D) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ ____% |
|---|---|---|---|---|---|
| ___None | | | | | |

(E) **Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| | Capital One Auto | Honda Accord | $475.35 for months 1-10 and $518.96 for 11 through 60 @ 5.5% | |
| | Fifth Third Bank | Honda Pilot | $789.44 for months 1-10 and $646.77 for 11-60 @3.79% | |

(F) **Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| | | |

(G) **Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| | | |
| | | |

6. **LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | | | | |
| | | | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $0.00.

8. **ADDITIONAL PROVISIONS:**

(A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

4

(C) Property of the estate (check one)*

  (1)  _____  shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

  (2)  \_\_X\_\_  shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. <u>NONCONFORMING PROVISIONS</u>:

_____
_____

*/s/ Blas Rodriguez*
BLAS RODRIGUEZ
Debtor

*/s/ Moraine S. Rodriguez*
MORAINE RODRIGUEZ
Debtor

5

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 14th day of August, 2017.

/s/ James F. Feurstein
JAMES F. FUERSTEIN
FL Bar No. 0708909
303 N. St. Clair Abrams St.
Tavares, FL 32778
352-253-9700
Attorney for Debtor

Chapter 13 Form Plan

Starting Payment Month

## EXHIBIT A - Plan
RODRIQUEZ, BLAS & MORAINE, Case #

| Payment Number | Month | Wells Fargo | Gap | Wells Fargo | James Feuerstein | Capitol One Auto | Fifth Third Bank | Wells Fargo 3rd mortgage | Unsecured Debt | Trustee Fee | Debtor's Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ 0.00 | | |
| 1 | Nov-16 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 2 | Dec-16 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 3 | Jan-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 4 | Feb-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 5 | Mar-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 6 | Apr-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 7 | May-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 8 | Jun-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 9 | Jul-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 475.35 | 789.44 | | 20.24 | 344.00 | 3,440.00 |
| 10 | Aug-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 518.96 | 646.77 | | 20.30 | 333.00 | 3,330.00 |
| 11 | Sep-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 518.96 | 646.77 | | 20.30 | 333.00 | 3,330.00 |
| 12 | Oct-17 | 1,138.00 | 18.97 | 529.00 | 125.00 | 518.96 | 646.77 | | 20.30 | 333.00 | 3,330.00 |
| 13 | Nov-17 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 14 | Dec-17 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 15 | Jan-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 16 | Feb-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 17 | Mar-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 18 | Apr-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 19 | May-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 20 | Jun-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 21 | Jul-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 22 | Aug-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 23 | Sep-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 24 | Oct-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 25 | Nov-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 26 | Dec-18 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 27 | Jan-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 28 | Mar-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 29 | Apr-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 30 | May-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 31 | Jun-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 32 | Jul-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 33 | Aug-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 34 | Sep-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 35 | Oct-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 36 | Nov-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 37 | Dec-19 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 38 | Jan-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 39 | Feb-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 40 | Mar-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 41 | Apr-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 42 | May-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 43 | Jun-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 44 | Jul-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 45 | Aug-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 46 | Sep-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 47 | Oct-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 48 | Nov-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 49 | Dec-20 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 50 | Jan-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 51 | Feb-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 52 | Mar-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 53 | Apr-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 54 | May-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 55 | Jun-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 56 | Jul-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 57 | Aug-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 58 | Sep-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 59 | Oct-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| 60 | Nov-21 | 1,138.00 | 18.97 | 529.00 | | 518.96 | 646.77 | 301.00 | 18.90 | 352.40 | 3,524.00 |
| Totals | | 68,280.00 | 1,138.20 | | | | | | 1,150.26 | 21,010.20 | 210,102.00 |
| | | 0.00 | 0.00 | | | | | | 0.00 | 0.00 | |
| | | 68,280.00 | 1,138.20 | | | | | | 1,150.26 | | |

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   Blas A Rodriguez
113A-6                                   c/o Ascension Capital Group                    4481 Abaco Drive
Case 6:16-bk-07174-KSJ                   P.O. Box 165028                                Tavares, FL 32778-4792
Middle District of Florida               Irving, TX 75016-5028
Orlando
Tue Aug 15 08:48:32 EDT 2017

Moraiba S Rodriguez                      AMERICAN EXPRESS BANK FSB                      Amex
4481 Abaco Drive                         C/O BECKET AND LEE LLP                         Correspondence
Tavares, FL 32778-4792                   PO BOX 3001                                    Po Box 981540
                                         MALVERN PA 19355-0701                          El Paso, TX 79998-1540


BB&T                                     BB&T, Bankruptcy Section                       Bank Of America
P.O. Box 580340                          100-50-01-51                                   Nc4-105-03-14
Charlotte, NC 28258-0340                 PO Box 1847                                    Po Box 26012
                                         Wilson, NC 27894-1847                          Greensboro, NC 27420-6012


Bank of America, N.A.                    Capital One Auto                               Capital One Auto Finance, a division of Capi
P O Box 982284                           P.O. Box 255605                                P.O. Box 165028
El Paso, TX 79998-2284                   Sacramento, CA 95865-5605                      Irving, TX 75016-5028


Capital One Auto Finance, c/o Ascension Capi   (p)CITIBANK                              Citibank
P.O. Box 201347                          PO BOX 790034                                  Citicorp Credit Services/Attn: Centraliz
Arlington, TX 76006-1347                 ST LOUIS MO 63179-0034                         Po Box 790040
                                                                                        Saint Louis, MO 63179-0040


Credit One Bank Na                       Discover Bank                                  Discover Financial
Po Box 98873                             Discover Products Inc                          Attn: Bankruptcy
Las Vegas, NV 89193-8873                 PO Box 3025                                    Po Box 3025
                                         New Albany, OH 43054-3025                      New Albany, OH 43054-3025


FIFTH THIRD BANK                         Fifth Third Bank                               Florida Department of Revenue
PO BOX 9013                              Fifth Third Bank Bankruptcy Dept.              Bankruptcy Unit
ADDISON, TEXAS 75001-9013                1830 East Paris Ave.                           Post Office Box 6668
                                         Grand Rapids, MI 49546-8803                    Tallahassee FL 32314-6668


Internal Revenue Service                 LG Funding, LLC                                LVNV Funding, LLC its successors and assigns
Post Office Box 7346                     1218 Union St.                                 assignee of Citibank, N.A.
Philadelphia PA 19101-7346               Brooklyn, NY 11225-1512                        Resurgent Capital Services
                                                                                        PO Box 10587
                                                                                        Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns   Lake County Tax Collector               MIDLAND FUNDING LLC
assignee of FNBM, LLC                    Attn: Bob McKee                                PO Box 2011
Resurgent Capital Services               Post Office Box 327                            Warren, MI 48090-2011
PO Box 10587                             Tavares FL 32778-0327
Greenville, SC 29603-0587


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Rapid Financial Services,LLC                   Rewards Network
PO BOX 41067                             7316 Wisconsin Avenue                          2 N. Riverside Plz, Ste. 200
NORFOLK VA 23541-1067                    Bethesda, MD 20814-2907                        Chicago, IL 60606-2677
```

| | | |
|---|---|---|
| Synchrony Bank/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Sysco Central Florida, Inc.<br>200 West Story Road<br>Ocoee, FL 34761-3004 |
| Td Banknorth<br>Po Box 1190<br>Lewiston, ME 04243-1190 | Timepayment Corp Llc<br>16 New England Executive Office Park S.<br>Burlington, MA 01803-5217 | Wells Fargo<br>P.O. Box 6412<br>Carol Stream, IL 60197-6412 |
| Wells Fargo - HELOC<br>P.O. Box 6412<br>Carol Stream, IL 60197-6412 | Wells Fargo Bank<br>Mac F82535-02f<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, NA<br>Home Equity Group<br>. Home Campus, X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, Na<br>Po Box 3908<br>Portland, OR 97208-3908 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | James F Feuerstein +<br>James F. Feuerstein, P.A.<br>303 North St Clair Abrams Avenue<br>Tavares, FL 32778-3064 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| bna<br>0 Northwest Point Road<br>Elk Grove Village, IL 60007 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| u)Karen S. Jennemann<br>Orlando | (u)Cap1/bstby | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients    2<br>Total                  46 |